# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
        Appellant,

vs.

CHRISTOPHER BERNARD YOUNG,
        Respondent.

No. 74401

**FILED**

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is the State's appeal from an amended order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant, the State of Nevada, has filed a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). We

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
       Attorney General/Carson City
       Clark County District Attorney
       Clark County Public Defender
       Eighth District Court Clerk

17-43549